UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JOHN GRIFFIN, Individually and for Others Similarly Situated,** <br><br> Plaintiff, <br><br> v. <br><br> **DEMARK, INC.,** <br><br> Defendant. | **Case No. 1:18-cv-00979** <br><br> **Honorable Charles P. Kocoras** <br><br> **Honorable Sidney I. Schenkier** |

## NOTICE OF FILING NOTICES OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Brehm, Tim
2. Frazier, Randy

Respectfully submitted,

By: /s/ *Michael A. Josephson*
    **Michael A. Josephson**
    State Bar No. 24014780
    Federal ID No. 27157
    *(Admitted Pro Hac Vice)*
    **Richard M. Schreiber**
    IL Bar No. 24056278
    Federal ID No. 705430
    **JOSEPHSON DUNLAP LAW FIRM**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77005
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    rschreiber@mybackwages.com

**AND**

**Douglas M. Werman**
dwerman@flsalaw.com
**WERMAN SALAS, P.C.**
77 West Washington St, Ste 1402
Chicago, IL 60602
312-419-1008 – Telephone
312-419-1025 – Facsimile

**AND**

**Richard J. (Rex) Burch**
State Bar No. 24001807
Federal ID No. 21615
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I served a copy of this document on all counsel of record via the Court's ECF system on August 13, 2018.

    */s/ Michael A. Josephson*
    **Michael A. Josephson**

**CONSENT TO JOIN WAGE CLAIM**

Print Name: Tim Brehm

1. I hereby consent to participate in a collective action lawsuit against Demark to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Tim Brehm*
Tim Brehm (Aug 13, 2018)

Date Signed: Aug 13, 2018

EXHIBIT 1

### CONSENT TO JOIN WAGE CLAIM

Print Name: __Randy Frazier_____

1. I hereby consent to participate in a collective action lawsuit against __Demark / Cobalt_____ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at JOSEPHSON DUNLAP and BRUCKNER BURCH as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at JOSEPHSON DUNLAP and BRUCKNER BURCH to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Randy Frazier*
Randy Frazier (Aug 13, 2018)

Date Signed: __8/13/2018_____

# EXHIBIT 2