# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN GRIFFIN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DEMARK, INC.,<br><br>        Defendant. | Case No. 1:18-cv-00979<br><br>Hon. Judge Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |

## PLAINTIFF'S MOTION TO ENTER JUDGMENT
## WITH RESPECT TO FOUR PLAINTIFFS

Demark made offers of judgment to four of the plaintiffs in this matter. *See* ECF Nos. 29-32. These four plaintiffs filed notices accepting the offers of judgment. *Id.* In their notices, each plaintiff requested judgment be entered in their favor in accordance with the terms of Demark's offers of judgment. *Id.* Under the terms of Rule 68, the filing of "the offer and notice of acceptance, plus proof of service" mandates that the clerk "then enter judgment." *See* FRCP 68(a).

Because all the necessary filings have been made, Plaintiffs respectfully request the Court enter judgment in favor of:

1. Rem Le in this amount of $29,028;

2. James McClure in the amount of $21,590;

3. Jerry K. Miles in the amount of $50,320;

4. John Griffin in the amount of $191,141.

Once judgment is entered, these plaintiffs will then file a motion for attorney's fees and costs in accordance with 29 U.S.C. § 216(b) and N.D. Ill. LR54.3.

Dated: September 12, 2018          Respectfully Submitted,

                               By:    <u>/s/Richard M. Schreiber</u>
                                                One of Plaintiff's Attorneys

Michael A. Josephson
Richard M. Schreiber
JOSEPHSON DUNLAP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
(713) 352-1100

Richard (Rex) J. Burch
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788

Douglas M. Werman
Maureen A. Salas
WERMAN SALAS P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
**Attorneys for Plaintiff and Others Similarly Situated**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 12, 2018, the foregoing Motion (and all supporting documents attached thereto) were filed electronically with the Clerk of Court using the ECF system which sent notice of the filing to the following:

Gerald L. Maatman, Jr.
Rebecca P. DeGroff
Alex W. Karasik
**SEYFARTH SHAW, LLP**
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
*gmaatman@seyfarth.com*
*rdegroff@seyfarth.com*
*akarasik@seyfarth.com*
**Attorneys for Defendant**

By: /*s/Richard M. Schreiber*
One of Plaintiff's Attorneys