ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

John Griffin, individually and on behalf of all
others similarly situated,

Plaintiff(s),                                   Case No.  18 C 979
                                                Judge Charles P. Kocoras
v.

Demark, Inc. ,

Defendant(s).

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐        in favor of plaintiff(s)
         and against defendant(s)
         in the amount of $          ,

              which  ☐ includes          pre–judgment interest.
                     ☐ does not include pre–judgment interest.

     Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

     Plaintiff(s) shall recover costs from defendant(s).

_____

☐        in favor of defendant(s)
         and against plaintiff(s)

.

     Defendant(s) shall recover costs from plaintiff(s).

_____

☒        other: Judgment is entered in favor of Rem Le in the amount of $29,028; James McClure in the
amount of $21,590; Jerry K. Miles in the amount of $50,320; John Griffin in the amount of $191,141 and
against defendant Demark Inc.

_____

This action was (check one):

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to enter judgment with respect to four
plaintiffs.


Date:  9/21/2018                          Thomas G. Bruton, Clerk of Court

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Vettina Franklin, Deputy Clerk