# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOUIS PIERRE BENZONI, Individually and for Others Similarly Situated, | Case No. 1:18-cv-00979 |
| Plaintiffs, | Honorable Charles P. Kocoras |
| v. | Honorable Sidney I. Schenkier |
| DEMARK, INC. | Collective Action Pursuant To 29 U.S.C. § 216(b) |
| Defendant. | |

## JOINT MOTION FOR APPROVAL OF
## FLSA SETTLEMENT

The Parties submit the following Joint Motion for Approval of FLSA Settlement, Memorandum in Support of the Joint Motion ("Memorandum"), and Proposed Order. For the reasons set forth in the Memorandum, the Parties respectfully request the Court enter an Order:

(1) Approving the Parties' settlement set forth in the Parties' Settlement Agreement and Release as a fair and reasonable resolution of a *bona fide* dispute;

(2) Approving Plaintiffs' Counsel's attorneys' fees and costs; and

(3) Dismissing the claims in this lawsuit, brought by Plaintiff and all Opt-in Plaintiffs, with prejudice in accordance with the Parties' proposed order.

Dated: August 7, 2019

Respectfully submitted,

| **JOSEPHSON DUNLAP, LLP** | **SEYFARTH SHAW LLC** |
|---|---|
| /s/Richard M. Schreiber | */s/Gerald L. Maatman, Jr.* |
| Michael A. Josephson | Gerald L. Maatman, Jr. |
| Texas Bar No. 24014780 | gmaatman@seyfarth.com |
| mjosephson@mybackwages.com | Jennifer A. Riley |
| Andrew W. Dunlap | jriley@seyfarth.com |
| Texas Bar No. 24078444 | Alex W. Karasik |
| adunlap@mybackwages.com | akarasik@seyfarth.com |
| Richard M. Schreiber | 233 South Wacker Drive, Suite 8000 |
| Texas Bar No. 24056278 | Chicago, IL 60606 |
| rschreiber@mybackwages.com | 312.460.5000 (Telephone) |
| 11 Greenway Plaza, Suite 3050 | 312.460.7000 (Facsimile) |
| Houston, Texas 77046 | |
| Telephone: 713-352-1100 | *Attorneys for Defendants* |
| Facsimile: 713-352-3300 | |

AND

Richard (Rex) Burch
Texas Bar No. 24001807
rburch@brucknerburch.com
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone : 713-877-8788
Facsimile: 713-877-8065

AND

Douglas M. Werman
Maureen A. Salas
WERMAN SALAS P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
Telephone: 312- 419-1008

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

                */s/Richard M. Schreiber*
                Richard M. Schreiber